/s/ Paul J. Hooten