UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8078/07

GARDEN CITY BOXING CLUB, INC.
　　Plaintiff

against

STIPULATION
DISCONTINUING
ACTION

CRISTAL EN LA LLAVE DEL MAR REST. INC
CESAR R ALMANZAR
　　Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: FEB 29 2008

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the Plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, against Cesar R. Almanzar ONLY, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/15/08

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

FEB 29 2008

George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS