UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                Plaintiff              CIVIL NO. 07-CV-8078

-AGAINST-

CRISTAL EN LA LLAVE DEL MAR RESTAURANT INC.
d/b/a CRISTAL RESTAURANT & SPORTS BAR
and CESAR R. ALMANZAR        **DEFAULT JUDGMENT**

                Defendant
------------------------------------------------------X

      This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Cristal En La Llave Del Mar Restaurant Inc. d/b/a Cristal Restaurant & Sports Bar on October 25, 2007 and a proof of service having been filed on November 5, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on February 5, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

Dated: New York, New York
      **FEB 2 9 2008**

                                        George B. Daniels HON. GEORGE B. DANIELS
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____